*LAW OFFICE OF JAMES A. FLANAGAN*
*Long Beach, CA*

1  **LAW OFFICE OF JAMES A. FLANAGAN**
   James A. Flanagan, Esq. (Bar No. 100687)
2  400 Oceangate Suite 700
   Long Beach CA 90802-4306
3  Telephone: (562) 732-4442
   Facsimile: (562) 252-0089
4  Email: email@flanaganlaw.com

5

6  Attorneys for Plaintiffs and Judgment Creditors
   Deborah Moore and Jake Crawford

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11 DEBORAH MOORE and JAKE CRAWFORD                  CASE NO. CV 02-2564 ER(MANx)

12

13                   Plaintiffs,                    RENEWAL OF JUDGMENT
                                                    BY CLERK
14 v.

15 OLIVE McQUEEN and CAROLINA PINNACLE STUDIOS

16

17                   Defendants.

18

19

20

21      Based upon the Application for Renewal of Judgment of the original judgment, and

22 pursuant to F.R.C.P. 69 (a) and C.C.P. § 683.010 through § 683.320, and good cause appearing,

23 therefore:

24      The judgment entered on September 26, 2006 in favor of Plaintiffs Deborah Moore and

25 Jake Crawford against Defendants Olive McQueen and Carolina Pinnacle Studios is hereby

26 renewed on the amount set forth as follows:

27

28

**RENEWAL OF MONEY JUDGMENT**

| | | |
|---|---|---:|
| a. | Judgment | $496,366.50 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a through c) | $496,366.50 |
| e. | Credits after judgment | $ 14,435.20 |
| f. | Interest after judgment | $494,870.52 |
| g. | Subtotal (subtract e from d) | $481,931.30 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$976,801.82** |

DATED: 9/15/2016                    Clerk by   J. Remigio